UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Case No. 5:12-CR-86-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM DUNGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came before the Court upon Defendant William Dungee's motion to seal the document that he filed at Docket Entry No. 65 on September 5, 2012. Based upon the motion, it is hereby ORDERED that the motion is GRANTED, and the document filed at Docket Entry No. 65 shall be sealed.

SO ORDERED this 10th day of September 2012.

Malcolm J. Howard
Senior United States District Judge