IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-86-2H

UNITED STATES OF AMERICA )
)
)
)
v. )
)
) **ORDER**
)
WILLIAM DUNGEE, )
)
Defendant. )

On its own motion, the court hereby CONTINUES the sentencing hearing in this matter until the court's October 9, 2012, term of court. The government shall have ten days from the date of this order to provide supplemental briefing on the issue of the admissibility of defendant's polygraph results at sentencing. Defendant shall have seven days to respond.

This 12th day of September 2012.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#31