IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-86-2H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| WILLIAM DUNGEE, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on defendant's motion for reconsideration of this court's May 6, 2015 order, denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence based on the retroactive crack cocaine guideline amendment. The court has carefully considered defendant's motion, as well as the record in this matter, and finds no reason to alter or amend its order. Therefore, the court DENIES defendant's motion [DE #101] and reaffirms its order of May 6, 2015.

This 22nd day of August 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26